*AO 440 (Rev. 06/12) Summons in a Civil Action*

**UNITED STATES DISTRICT COURT**

*for the*

**Southern District of New York**

| | |
|---|---|
| ABRAHAM KLEINMAN,<br>Plaintiff,<br>v.<br>JACOB FRANKEL a/k/a JACOB FRANKL, a/k/a YACOV FRANKEL a/k/a YACOV YISROEL FRANKEL, a/k/a YISROEL FRANKL, and SHEINDL KLEIN a/k/a SHEINDL FRANKL, PETER A. HURWITZ, "JOHN DOE," and "JANE DOE,"<br>Defendants. | Case No. ________________<br><br>*(To be assigned by Clerk)* |

# SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

**Peter A. Hurowitz 20 North Main Street,**
**Apt 203,**
**New City, New York 10956.**

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Abraham Kleinman**
*Plaintiff, Pro Se*
3901 Indian Creek
Miami Beach, FL 33140

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ____________________ **CLERK OF COURT**

____________________________________
*Signature of Clerk or Deputy Clerk*

*AO 440 (Rev. 06/12) Summons in a Civil Action*

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for Jacob Frankel was received by me on (date) ___________________.

☐ I personally served the summons on the individual at *(place)* __________________________________

on *(date)* __________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

__________________________________________________, a person of suitable age and discretion

who resides there, on *(date)* __________________, and mailed a copy to the individual's

last known address; or

☐ I served the summons on *(name of individual)* __________________________________,

who is designated by law to accept service of process on behalf of *(name of organization)*

_________________________________ on *(date)* __________________; or

☐ I returned the summons unexecuted because __________________________________; or

☐ Other *(specify)*: ________________________________________________________

_____________________________________________________________________________________________

_

My fees are $_____________ for travel and $_____________ for services, for a total of $_____________.

I declare under penalty of perjury that this information is true.

Date: __________________

_____________________________________

*Server's signature*

_____________________________________

*Printed name and title*

_____________________________________

_____________________________________

*Server's address*