UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM KLEINMAN,

Plaintiff,

-against-

JACOB FRANKEL, et al.,

Defendants.

**ORDER**

26-CV-04899 (PMH)

PHILIP M. HALPERN, United States District Judge:

On August 3, 2026, Defendant Jacob Frankel improperly filed a document entitled "Notice of Safe-Harbor Notice and Demand to Withdraw the Complaint," apparently addressed to Plaintiff Abraham Kleinman (Doc. 40). *See, e.g.*, Fed. R. Civ. P. 11(c)(2).

Accordingly, the Court respectfully directs the Clerk of Court to strike the material docketed on August 3, 2026 (Doc. 40) from the docket but retain the summary docket text for the record.

Dated: White Plains, New York
August 7, 2026

Philip M. Halpern
United States District Judge