**Abraham Kleinman**
407 Lincoln Rd, Suite 6H-1752
Miami Beach, Florida 33139

August 19, 2026

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: *Kleinman v. Frankel, et al.*, No. 7:26-cv-04899 (PMH)(AEK)
**Letter-Motion for Leave to File a Response to ECF No. 55**

Dear Judge Halpern:

Plaintiff respectfully requests leave to file the response annexed as Exhibit A to the letter of Defendants Frankel and Klein at ECF No. 55, and makes this request by letter-motion because the Court's Individual Practices do not provide for replies in the ordinary course.

Leave is warranted because ECF No. 55 is not an opposition to a pending application. The application it addresses was decided the next morning (ECF No. 50), and Plaintiff seeks no further word on it. What ECF No. 55 does instead is seek new affirmative relief and place new accusations before the Court: it asks for an order directing service of the Amended Complaint and re-running Defendants' response time from "actual service"; it invites the Court to give "direction as to the number, sequence, or timing" of Plaintiff's future submissions, an application to restrict a litigant's filings made without motion or notice; and it accuses Plaintiff, across three single-spaced pages, of harassment and abusive litigation in three courts. A party asked to bear the consequences of new requests and new accusations is entitled to be heard on them once.

The proposed response is three pages. It corrects the record from the docket itself, including the certificates of service at ECF Nos. 52 through 54, opposes the new relief ECF No. 55 requests, and asks nothing beyond denial of those requests and the conference Plaintiff has already sought.

Plaintiff thanks the Court for its consideration.

Respectfully submitted,

/s/ abraham kleinman
Abraham Kleinman, Plaintiff

Enclosure: Exhibit A: Proposed Response to ECF No. 55
cc: All defendants (via ECF; and by first-class mail to Jacob Frankel and Sheindl Klein, 4 Horizon Court, Apt. 304, Monsey, New York 10952)