# LAW OFFICE OF PETER A. HURWITZ, PLLC

**Peter A. Hurwitz**

**120 N. MAIN STREET, SUITE 203**
**NEW CITY, NEW YORK 10956**
**TELEPHONE (845) 634-4966**
**FAX (845) 634-0872 (Not For Service)**
**E-MAIL HurwitzLawFirm@gmail.com**

Application granted. The October 1, 2026 conference is adjourned to October 8, 2026 at 11:00 a.m. to be held in-person in Courtroom 520 of the White Plains courthouse.

The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 66 and mail a copy of this Order and Doc. 65 to Defendants Klein and Frankel at the address listed on the docket.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
August 31, 2026

August 28, 2026

**VIA ECF FILING**
Hon. Philip M. Halpern, Justice
United States District Judge
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

RE: Kleinman v. Frankel, et al., No. 1:26-cv-04899 (PMH)(A
My File No.: 9094

Hon. Justice Halpern:

As Defendant pro se in the above matter, I am respectfully requesting an adjournment of the conference scheduled for Thursday, October 1, 2026. This request is made because I have a pre-planned trip scheduled for October 1, 2026, as well as previously scheduled vacation from October 19 to October 26, 2026.

Accordingly, I respectfully request a brief adjournment to any other date the court finds acceptable. Thank you for your consideration.

Very truly yours,

Peter A. Hurwitz

PAH/sg
encl.

cc: All parties via ECF filing