**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ABRAHAM KLEINMAN,

Plaintiff,

-against-

JACOB FRANKL, SHEINDL KLEIN a/k/a SHEINDL FRANKL, PETER A. HURWITZ, CONGREGATION OSEH CHOYIL INC., "RICHARD ROE" Nos. 1-10, "JOHN DOE," and "JANE DOE,"

Defendants.

-----------------------------------------------------------X

Case No. 7:26-cv-04899 (PMH)(AEK)

DECLARATION OF ABRAHAM KLEINMAN IN SUPPORT OF REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT

Abraham Kleinman, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

1. I am the self-represented plaintiff in this action. I submit this declaration pursuant to Local Civil Rule 55.1(a)(2) and 28 U.S.C. § 1746, from personal knowledge and from the records of this action, in support of my Request for a Clerk's Certificate of Default as to Defendant Congregation Oseh Choyil Inc., submitted on the form prescribed by the Clerk.

2. This action was commenced on June 8, 2026. The First Amended Complaint, which names Congregation Oseh Choyil Inc. as a defendant, was filed on August 7, 2026 (ECF No. 41), as directed by the Court's Order of August 4, 2026 (ECF No. 39).

3. At my request (ECF No. 44), the Clerk issued an electronic summons as to Congregation Oseh Choyil Inc. on August 11, 2026 (ECF No. 45).

4. The Summons and the First Amended Complaint were served upon Congregation Oseh Choyil Inc. on Wednesday, August 13, 2026, at approximately 1:48 p.m., at 9 Maple Leaf Road, Unit 201, Monsey, New York 10952. Proof of service was filed on August 18, 2026 (ECF No. 54), in the form of the declaration of Wilmer Manuel Sanchez Sanchez under 28 U.S.C. § 1746, a person over eighteen years of age and not a party to this action. The docket entry for ECF No.

54 records that the Congregation was served on August 13, 2026 and that its answer was due September 3, 2026.

5. As the proof of service establishes, 9 Maple Leaf Road, Unit 201, Monsey, New York 10952 is the address that the recorded Certificate of Incorporation of Congregation Oseh Choyil, Inc. (Rockland County Clerk Instrument No. 2018-00002304, recorded November 1, 2018) states on its face to be the corporation's principal place of business, and the same Certificate names Joel Wagschal, of that address, as a trustee of the corporation and the presiding officer of its incorporation meeting. A copy of the recorded Certificate is annexed to ECF No. 54 as Exhibit 1. The papers were delivered at that address to a woman who identified herself as Mrs. Wagschal, the wife of Joel Wagschal, and who stated that she was authorized to accept the papers on behalf of the business. The process server relied on that statement in making delivery.

6. Congregation Oseh Choyil Inc. has not answered or otherwise responded to the First Amended Complaint, nor has it moved for an extension of time to answer or respond. It has filed no motion, no pre-motion letter, and no notice of appearance. Eleven days have passed since its time to respond expired, and the docket reflects no submission of any kind on its behalf. In additionally, on September 8, 2026, mailed to Congregation Oseh Choyil Inc. at 9 Maple Leaf Road, Unit 201, Monsey, New York 10952, by first-class mail, a request for entry of its default with a supporting declaration and proposed certificate. No response of any kind has been received.

7. Congregation Oseh Choyil Inc. is a domestic religious corporation organized under the laws of the State of New York. It is not an infant or an incompetent person, and it is not currently serving in the United States military; as a corporation it is not a servicemember within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.

8. The pleading to which no response has been made, the First Amended Complaint, was properly served as set forth in paragraphs 4 and 5 above and in the proof of service filed at ECF No. 54.

9. No previous request for a certificate of default has been made as to this or any other defendant in this action. I respectfully request that the Clerk of Court note the default of Defendant Congregation Oseh Choyil Inc. pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2026, at Miami Beach, Florida.

Respectfully submitted,

/s/ Abraham Kleinman
Abraham Kleinman
Plaintiff Pro Se
407 Lincoln Rd, Suite 6H-1752
Miami Beach, Florida 33139

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Abraham Kleinman

Write the first and last name of each plaintiff.

Case No. 7:26 CV 04899 (PMH)

-against-

**CERTIFICATE OF SERVICE**

Jacob Frankl, Sheindl Klein a/k/a Sheindl Frankl,

Peter A. Hurwitz, Congregation Oseh Choyil Inc.,

"Richard Roe" Nos. 1-10, "John Doe," and

"Jane Doe"

Write the first and last name of each defendant.

I, Eluzer Halpert ,

affirm that the foregoing documents have been personally served on Congregation Oseh Choyil Inc. Septemebr 8, 2026 or mailed to the last known address of Congregation Oseh Choyil Inc. ,

at 9 Maple Leaf Road, Unit 201, Monsey, New York 10952 (last known business address).

| | |
|---|---|
| September 8, 2026 | [signature] |
| Executed on (date) | Signature |
| Eluzer Halpert | N/A |
| Name | Prison Identification # (if incarcerated) |

| | | | |
|---|---|---|---|
| 400 Rella Blvd Ste 207-422 | Montebello | NY | 10901 |
| Address | City | State | Zip Code |

| | |
|---|---|
| | |
| Telephone Number (if available) | E-mail Address (if available) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abraham Kleinman

Write the first and last name of each plaintiff.

-against-

Jacob Frankl, Sheindl Klein a/k/a Sheindl Frankl,

Peter A. Hurwitz, Congregation Oseh Choyil Inc.,

"Richard Roe" Nos. 1-10, "John Doe," and

"Jane Doe"

Write the first and last name of each defendant.

Case No. 7:26 CV 04899 (PMH)

**REQUEST FOR A CLERK'S CERTIFICATE OF DEFAULT**

## Request for Clerk's Certificate of Default

I, Abraham Kleinman , request a Clerk's Certificate of Default, as required under Local Civil Rule 55.1(a) of the Local Rules of the United States District Courts for the Southern and Eastern District Courts of New York. A Declaration in support of this Request is attached.

| | |
|---|---|
| September 8, 2026 | /s/ abraham kleinman |
| Executed on (date) | Signature |
| Abraham Kleinman | N/A |
| Name | Prison Identification # (if incarcerated) |

| | | | |
|---|---|---|---|
| 407 Lincoln Rd, Suite 6H-1752 | Miami Beach | FL | 33139 |
| Address | City | State | Zip Code |

| | |
|---|---|
| 347-827-0011 | kleinmanabraham@gmail.com |
| Telephone Number (if available) | E-mail Address (if available) |