**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

ABRAHAM KLEINMAN,

Plaintiff,

-against-

JACOB FRANKL, SHEINDL KLEIN a/k/a SHEINDL FRANKL, PETER A. HURWITZ, CONGREGATION OSEH CHOYIL INC., "RICHARD ROE" Nos. 1-10, "JOHN DOE," and "JANE DOE,"

Defendants.

------------------------------------------------------------X

Case No. 7:26-cv-04899 (PMH)(AEK)

CLERK'S CERTIFICATE OF DEFAULT
(Congregation Oseh Choyil Inc.)

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that:

1. This action was commenced on June 8, 2026 with the filing of a complaint (ECF No. 1). Defendant Congregation Oseh Choyil Inc. was not named as a defendant in the original complaint, and the original complaint was not served on it.

2. On August 7, 2026, plaintiff filed a First Amended Complaint (ECF No. 41), as directed by the Court's Order of August 4, 2026 (ECF No. 39), which names Congregation Oseh Choyil Inc. as a defendant. On August 11, 2026, the Clerk issued a summons as to Congregation Oseh Choyil Inc. (ECF No. 45).

3. A copy of the summons and the First Amended Complaint was served on defendant Congregation Oseh Choyil Inc. on August 13, 2026, at 9 Maple Leaf Road, Unit 201, Monsey, New York 10952, by personally serving Mrs. Wagschal, the wife of trustee Joel Wagschal, who stated that she was authorized to accept service on behalf of the corporation.

4. Proof of service of the summons and the First Amended Complaint was filed on August 18, 2026 (ECF Nos. 54, 54-1).

5. The time for Congregation Oseh Choyil Inc. to answer or otherwise respond to the First Amended Complaint expired on September 3, 2026.

I further certify that the docket entries indicate that defendant Congregation Oseh Choyil Inc. has not filed an answer or otherwise moved with respect to the First Amended Complaint herein. The default of defendant Congregation Oseh Choyil Inc. is hereby noted.

Dated: New York, New York
_____________________, 2026

**TAMMI M. HELLWIG**
Clerk of Court

By: _______________________________
Deputy Clerk